# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

| | | |
|---|---|---|
| **Charles E. Rogers,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **vs.** | **)** | **CONSENT ORDER OF DISMISSAL** |
| | **)** | **WITH PREJUDICE** |
| **South Carolina Department** | **)** | |
| **of Corrections, Jon Ozmint, in** | **)** | **C.A. No. 6:08-CV-01922–HFF** |
| **his official capacity, and Carl J.** | **)** | |
| **Frederick, in his official and** | **)** | |
| **individual capacities,** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |
| | **)** | |

It appears to the satisfaction of this Court that the Plaintiff and the Defendants have agreed to a settlement of this case and desire to dismiss this action with prejudice.

**NOW, THEREFORE,** on motion of Stephanie H. Burton, counsel for Defendants, and with the consent of Stephen F. Fisher, counsel for the Plaintiff, the complaint of Plaintiff is hereby dismissed with prejudice and is henceforth res judicata.

July 28, 2009                                       s/Henry F. Floyd
Spartanburg, South Carolina              Henry F. Floyd
                                                         United States District Judge


WE SO MOVE:


s/ Stephanie H. Burton
Stephanie H. Burton (#5009)
Gibbes Burton, LLC
308 East Saint John Street
Spartanburg, South Carolina 29302
(864) 327-5000

**ATTORNEY FOR DEFENDANTS**

s/ Stephen F. Fisher
Stephen F. Fisher (#5288)
Wimberly, Lawson, Daniels & Fisher, LLC
109 Laurens Road, Building 4, Suite A
Greenville, South Carolina 29607
(864) 242-9484

**ATTORNEY FOR PLAINTIFF**